IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| | § | CASE NO. 4:13CR45 |
| v. | § | |
| | § | |
| MICHAEL WARREN COX (1) | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636. On June 27, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Michael Warren Cox, Jr.'s Motion to Suppress Illegally Seized Evidence (Dkt. 38) be DENIED. There being no objections by Defendant,[1] the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court. It is, therefore, **ORDERED** that Defendant Michael Warren Cox, Jr.'s Motion to Suppress Illegally Seized Evidence (Dkt. 38) is **DENIED.**

**IT IS SO ORDERED.**

SIGNED at Beaumont, Texas, this 3rd day of July, 2014.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

---

[1] Based on an agreement of the parties, the time period to object was shortened in this matter. *See* Dkt. 46 at 11. No objections were filed by the Court's shortened deadline.